# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32834**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Austin T. HAYNES**
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 18 December 2025

————————————

*Military Judge*: Willie J. Babor.

*Sentence*: Sentence adjudged 8 July 2025 by SpCM convened at Joint Base San Antonio, Texas. Sentence entered by the military judge on 30 July 2025: Bad-conduct discharge, confinement for 130 days, and reduction to the grade of E-1.

*For Appellant*: None.[*]

Before DOUGLAS, MASON, and KUBLER, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4**

————————————

---

[*] Appellant twice elected not to request appellate defense counsel via Air Force Form 304—the first time at the conclusion of his court-martial on 8 July 2025, and then on 30 July 2025, the same date the military judge entered judgment. *See* Department of the Air Force Instruction 51-201, *Administration of Military Justice*, ¶¶ 19.21, 24.2.2 (24 Jan. 2024). Upon docketing Appellant's case, this court notified Appellant via certified mail of his right to submit a brief to the court within 60 days per Rule 18(d)(1) of the Joint Rules of Appellate Court Procedures; no brief was filed.

PER CURIAM:

The findings and sentence as entered are correct in law. Articles 66(d) and 66(e), Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866(d), (e) (*Manual for Courts-Martial, United States* (2024 ed.) (2024 *MCM*)). No error materially prejudicial to the substantial rights of Appellant occurred. Article 59(a), UCMJ, 10 U.S.C. § 859(a) (2024 *MCM*). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court